## UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>          Plaintiff,<br><br>     v.<br><br>PERLA MORELOS-AVILA,<br><br>          Defendant. | No. 20 CR 00058 ADA<br><br>**DETENTION ORDER**<br>(Violation of Supervised Release) |

The defendant having been arrested for alleged violation(s) of the terms and conditions of supervised release; and

Having conducted a detention hearing pursuant to Federal Rule of Criminal Procedure 32.l(a)(6) and 18 U.S.C. § 3143(a), the Court orders the above-named defendant detained and finds that:

[ X ]   The defendant has not met defendant's burden of establishing by clear and convincing evidence that defendant is not likely to flee; and/or

[ X ]   The defendant has not met defendant's burden of establishing by clear and convincing evidence that defendant is not likely to pose a danger to the safety of any other person or the community if released under 18 U.S.C. § 3142(b) or (c).

This finding is based on the reasons stated on the record.

The defendant is ordered to self-surrender to the United States Marshal Service, 2500 Tulare Street, 3rd Floor, Fresno, CA 93721 no later than Thursday, December 22, 2022 by 12 noon (Pacific Standard Time). A failure to appear by that date and time will result in a warrant for the defendant's arrest and may result in additional charges.

IT IS SO ORDERED.

Dated:   **December 21, 2022**

_____
UNITED STATES MAGISTRATE JUDGE